UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER M. HYKES,

    Plaintiff,

v.                                CASE NO.: 8:20-CV-00806-TPB-SPF

SCHOOL BOARD OF PINELLAS
COUNTY, FLORIDA

    Defendant

_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, School Board of Pinellas County, Florida ("Defendant") hereby discloses the following pursuant to this Court's interested persons order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

    A. Jennifer M. Hykes – Plaintiff;

    B. The Law Office of Patrick K. Elliott, PLLC – Counsel for Plaintiff

    C. The School Board of Pinellas County, Florida – Defendant

    D. Laurie A. Dart, Esquire – Counsel for Defendant

    E. David A. Koperski, Esquire – Counsel for Defendant

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   None, other than the Plaintiff

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: 8/28/20

/s/ Laurie A. Dart
LAURIE A. DART
Staff Attorney
301 4th Street SW
Post Office Box 2942
Largo, FL 33779-2942
Tel: (727) 588-6221
Fax: (727) 588-6051
USDC ID: 26926
FBN: 546798
Email: dartl@pcsb.org (primary)
Email: ansonb@pcsb.org (secondary)

CERTIFICATE OF SERVICE

I electronically filed the foregoing with the Clerk of Court by using the CM/EDF System which will send a Notice of Electronic Filing to counsel of record, Patrick Elliott, Esquire.

/s/ Laurie A. Dart
Laurie A. Dart, Esquire